Abdul Wakil AMIRI, Appellant

v.

UNITED STATES of America and United States Department of Justice, Appellees.

No. 12–5371.

United States Court of Appeals, District of Columbia Circuit.

May 1, 2013.

Abdul Wakil Amiri, Washington, DC, pro se.

R. Craig Lawrence, U.S. Attorney's Office, Washington, DC, for Appellees.

BEFORE: GARLAND, Chief Judge; and HENDERSON and GRIFFITH, Circuit Judges.

### JUDGMENT

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed October 17, 2012, be affirmed. The district court correctly determined appellant's complaint failed to state a claim, *see* Fed.R.Civ.P. 12(b)(6), and the denial of appellant's motion for reconsideration was appropriate.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.